UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KINGVISION PAY-PER-VIEW CORP., LTD.,

        Plaintiff,

- against -

SAMUEL MONSERRATE, Individually and
d/b/a E&S Grocery Store,

        Defendant.
--------------------------------------------------------------x

**ORDER**

05 CV 3750 (NG) (VVP)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ AUG 3 2006 ★
BROOKLYN OFFICE

D+F

**GERSHON, United States District Judge:**

No objections having been filed to the June 22, 2006 Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky, the Court adopts the Report and Recommendation. The Clerk of Court is directed to enter default judgment against defendant Samuel Monserrate in the amount of $1,190.00, comprised of $750.00 in statutory damages and $440.00 in attorneys' fees.

                                    SO ORDERED.

                                    /s/
                                  **NINA GERSHON**
                                  **United States District Judge**

Dated:    July 31, 2006
             Brooklyn, New York